**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CHRISTINE OLSON,

    Plaintiff,

v.                                      Case No. 5:03cv147/MCR

LOWE'S HOME CENTERS, INC.,

    Defendant.

_____/

**AMENDED ORDER OF DISMISSAL**

    This matter is before the Court upon the parties' Stipulation For Voluntary Dismissal With Prejudice. (Doc. 106). The previously entered Order of Dismissal (doc. 104) is amended to the extent this case is dismissed consistent with the parties' joint stipulation. The Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 11th day of October, 2005.

                                          s/ *M. Casey Rodgers*
                                          **M. CASEY RODGERS
                                          United States District Judge**